■ JUNIOR R. KEARSING et al., as Administrators D. B. N. of the Estate of LILA J. KEARSING, Deceased, Respondents, v. ERIE RAILROAD COMPANY, Defendant, and HORACE BANTA, as Substituted Trustee of the New Jersey and New York Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JANOSKO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied. With respect to any future application for leave to appeal to the Court of Appeals, the statute (Code Crim. Pro., § 520, subd. 1) requires that such application must be made to a Judge of the Court of Appeals or to a Justice of this court. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MORRISON, Appellant.— Motion for reargument and for other relief denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ JULIA M. BROWN, Respondent, v. H. C. BOHACK CO., INC., Appellant.— In an action by a patron of a store to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict in favor of the patron. Respondent was injured when she fell over a box of empty soda bottles on the floor of appellant's store. The bottles had been brought back to appellant by a customer or customers for return of the deposit, which could be obtained only if the attention of an employee of appellant had been called to the presence of the bottles. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.